**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: CELTIC PROPERTIES, LLC § | Case No. 12-02328-BWB |
| § | |
| § | |
| Debtor(s) § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that THOMAS B. SULLIVAN, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:15 on 07/19/2013 in Courtroom         , United States Courthouse,
150 W Jefferson Street
Second Floor
Joliet, IL
.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  06/04/2013          By:   /s/THOMAS B. SULLIVAN, TRUSTEE
                                                              Trustee

THOMAS B. SULLIVAN, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: CELTIC PROPERTIES, LLC § Case No. 12-02328-BWB
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 14,000.00 |
| *and approved disbursements of* | $ 840.57 |
| *leaving a balance on hand of* [1] | $ 13,159.43 |
| **Balance on hand:** | $ 13,159.43 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 13,159.43 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS B. SULLIVAN, TRUSTEE | 2,150.00 | 0.00 | 2,150.00 |
| Trustee, Expenses - THOMAS B. SULLIVAN, TRUSTEE | 100.00 | 0.00 | 100.00 |
| Attorney for Trustee, Fees - INNOVALAW, PC | 1,417.50 | 0.00 | 1,417.50 |
| Attorney for Trustee, Expenses - INNOVALAW, PC | 38.95 | 0.00 | 38.95 |
| Accountant for Trustee, Fees - Alan D. Lasko | 1,594.13 | 0.00 | 1,594.13 |
| Accountant for Trustee, Expenses - Alan D. Lasko | 14.25 | 0.00 | 14.25 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 5,314.83 |
| Remaining balance: | $ 7,844.60 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 7,844.60 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 7,844.60 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 574,236.84 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Commonwealth Edison Company | 4,504.30 | 0.00 | 61.54 |
| 2 -2 | U.S. Bank, N.A. | 104,517.46 | 0.00 | 1,427.81 |
| 3 -2 | U.S. Bank, N.A. | 84,931.01 | 0.00 | 1,160.23 |
| 4 -2 | U.S. Bank, N.A. | 56,929.46 | 0.00 | 777.71 |
| 5 -2 | U.S. Bank, N.A. | 61,147.14 | 0.00 | 835.32 |
| 6 -2 | U.S. Bank, N.A. | 180,303.17 | 0.00 | 2,463.10 |
| 7 -2 | U.S. Bank, N.A. | 81,904.30 | 0.00 | 1,118.89 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 7,844.60 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/THOMAS B. SULLIVAN, TRUSTEE
                     Trustee

THOMAS B. SULLIVAN, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 12-02328-BWB
Celtic Properties LLC                                                 Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1            User: ccabrales            Page 1 of 2            Date Rcvd: Jun 05, 2013
                                Form ID: pdf006            Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 07, 2013.
```
db         +Celtic Properties LLC,    1020 Kylemore Court,    Lockport, IL 60441-2678
aty        +Grochocinski Grochocinski & Lloyd Ltd,    1900 Ravinia Place,    Orland Park, IL 60462-3760
18395971   +Chuhak & Tecson, P.C.,    30 S Wacker Drive # 2600,    Chicago, IL 60606-7512
18395974   +Comcast,    P.o. Box 3002,    Southeastern, PA 19398-3002
18395975   +Frank P. Andreano,    Brumund, Jacobs, Hammel et al,    58 E. Clinton Street # 200,
             Joliet, IL 60432-4134
18395976    Karen Morgan,    206-208 Clement # 206,    Joliet, IL 60435
18395977    Karyn Morgan,    206-208 Clement # 206,    Joliet, IL 60435
18395978   +Law Office of Patrick Meszaros, P.C,    1100 W. Jefferson Street,    Joliet, IL 60435-6814
18395980   +Ronald J. Orloff LLC,    1020 W. Jefferson Street,    Joliet, IL 60435-7379
18406398   +Ronald J. Orloff, LLC,    c/o Timothy A Clark,    3180 Theodore Street, #102,
             Joliet, IL 60435-8535
18395981   +Stacey & Tracy Collier,    400 Nobes,    Lockport, IL 60441-5004
18395982   +Timothy Clark,    Krockey, Cernugel, Cowgill & Clark,    3180 Theodore Street # 102,
             Joliet, IL 60435-8535
18395983   +Timothy P. McGinnis,    1020 Kylemore Court,    Lockport, IL 60441-2678
18395984   +Tuan Nguyen,    123 Madonna Avenue # House,    Joliet, IL 60436-1148
19318648   +U.S. Bank N.A.,    c/o Terence G. Tiu,    Chuhak & Tecson, P.C.,    30 S. Wacker Dr., Ste. 2600,
             Chicago, IL 60606-7512
19318673   +U.S. Bank, N.A.,    c/o Chuhak & Tecson, P.C.,    Terence G. Tiu,    30 S. Wacker Dr., Ste. 2600,
             Chicago, IL 60606-7512
18395985   +U.S. Bank, N.A.,    11 W. Madison,    Oak Park, IL 60302-4203
18395986   +Will County Clerk,    302 N Chicago Street,    Joliet, IL 60432-4078
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18395970    E-mail/Text: g17768@att.com Jun 06 2013 00:53:44     AT&T,    PO Box 8100,    Aurora, IL 60507-8100
18395972   +E-mail/Text: lheglund@jolietcity.org Jun 06 2013 00:55:09      City of Joliet,    Legal Department,
             150 W Jefferson Street,    Joliet, IL 60432-4148
18395973   +E-mail/Text: legalcollections@comed.com Jun 06 2013 00:52:35      Com Ed CCC,
             c/o Revenue Mgmt - Bankruptcy Grp,    P.O. Box 87522,    Chicago, IL 60680-0522
18541404   +E-mail/Text: legalcollections@comed.com Jun 06 2013 00:52:35      Commonwealth Edison Company,
             3 Lincoln Centre,    Oakbrook Terrace, Il 60181-4204,    Attn: Bankruptcy Dep.
18395979   +E-mail/Text: bankrup@aglresources.com Jun 06 2013 00:51:04      Nicor Gas,    P.O. Box 549,
             Aurora, IL 60507-0549
                                                                                              TOTAL: 5
```

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 07, 2013**               **Signature:**   _Joseph Speetjens_

```
District/off: 0752-1          User: ccabrales            Page 2 of 2                  Date Rcvd: Jun 05, 2013
                              Form ID: pdf006            Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 4, 2013 at the address(es) listed below:

```
              Ariane  Holtschlag    on behalf of Trustee Thomas B Sullivan aholtschlag@wfactorlaw.com
              David E Grochocinski    on behalf of Trustee Thomas B Sullivan lawyers@innovalaw.com,
               lawyers@innovalaw.com
              David P Lloyd    on behalf of Trustee Thomas B Sullivan courtdocs@davidlloydlaw.com
              Francisco  Connell    on behalf of Creditor   US Bank National Association fconnell@chuhak.com,
               hcummins@chuhak.com
              John A Reed    on behalf of Debtor   Celtic Properties LLC barbf@thebankruptcylaw.com
              Kathleen M. McGuire    on behalf of Trustee Thomas B Sullivan kmcguire@innovalaw.com,
               kmmcguirelaw@sbcglobal.net
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Thomas B Sullivan    on behalf of Accountant Alan  Lasko tsullivan@innovalaw.com,  IL19@ecfcbis.com
              Thomas B Sullivan    tsullivan@innovalaw.com,  IL19@ecfcbis.com
              Timothy A. Clark    on behalf of Creditor   Ronald J Orloff, LLC tim.bkct@kcccp.com,
               laura@kcccp.com
                                                                                             TOTAL: 10
```